DEAN B. GORDON (SBN 61311)
LAW OFFICE OF DEAN B. GORDON
1200 East Olive Avenue
Fresno, California 93728
E-mail: dean@deangordonlaw.com
Telephone:    (559) 221-7777
Facsimile:    (559) 221-6812

Attorney for Plaintiffs KRISTINE LIVINGSTON, IZAAK MARK
LIVINGSTON, a Minor, JASON ALAN LIVINGSTON, and WESLEY
ALEXANDER LIVINGSTON

MICHAEL J. BURNS (SBN 172614)
E-mail: mburns@seyfarth.com
MATTHEW J. MASON  (SBN 271344)
E-mail: mmason@seyfarth.com
CHANTELLE C. EGAN (SBN 257938)
E-mail: cegan@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant KEMPER SPORTS MANAGEMENT, INC.
(erroneously sued as KEMPERSPORTS MANAGEMENT)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| KRISTINE LIVINGSTON, et al., | Case No: 1:12 –CV-01427-LJO-SKO |
| Plaintiffs, | **AMENDED STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
| vs. | |
| KEMPERSPORTS MANAGEMENT INC., et al., | **CURRENT DATE:** December 6, 2012 |
| Defendants. | **PROPOSED DATE:** January 24, 2013 |
| | **TIME:** 10:00 a.m. |
| | **CTRM.:** 7  (6TH floor) |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, by and through their respective counsel of record, as follows:

1.   The Mandatory Scheduling Conference in the within action is currently scheduled for December 6, 2012, at 10:00 a.m. in Courtroom 7.

2.   Dean B. Gordon, counsel for Plaintiffs, will be unable to attend the currently scheduled Mandatory Scheduling Conference on December 6, 2012, as he plans to be out of the country from November 28, 2012 until December 13, 2012.

3.   Counsel for Defendant, Kemper Sports Management, Inc. (erroneously sued as KemperSports Management) agrees to re-schedule the Mandatory Scheduling Conference to January 24, 2013, at 10:00 a.m. in Courtroom 7, as the Court indicated to Plaintiff's counsel that it has availability on that day and time for the Mandatory Scheduling Conference in this matter to go forward.

4.   This Amended Stipulation supersedes the Stipulations recorded on the Docket as Docket Numbers 9 and 17.

5.   The ECF Filer, Dean B. Gordon, has the consent of Chantelle C. Egan to electronically file this Amended Stipulation.

Dated: November 19, 2012            LAW OFFICE OF DEAN B. GORDON

                                    By:   /s/ Dean B. Gordon
                                          DEAN B. GORDON,
                                          Attorney for Plaintiffs KRISTINE LIVINGSTON,
                                          IZAAK MARK LIVINGSTON, JASON ALAN
                                          LIVINGSTON, WESLEY ALEXANDER
                                          LIVINGSTON

Dated: November 19, 2012            SEYFARTH SHAW LLP

                                    By:   /s/ Chantelle C. Egan
                                          CHANTELLE C. EGAN

   Attorney for Defendant, KEMPER SPORTS
       MANAGEMENT INC. (erroneously sued as

KEMPERSPORTS MANAGEMENT)**ORDER**

Pursuant to the terms of the above Stipulation, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently scheduled for December 6, 2012, is CONTINUED to January 24, 2013, at 10:00 a.m., in Courtroom 7.

IT IS SO ORDERED.

Dated: **November 19, 2012**  /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE