# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE LIVINGSTON, et al. | Case No. 1:12-cv-01427-LJO-SKO |
| Plaintiffs, | |
| v. | **ORDER RE DISCOVERY DISPUTE** |
| | **ORDER SETTING TELEPHONIC CONFERENCE FOR DECEMBER 17, 2013, AT 4:45 p.m.** |
| KEMPERSPORTS MANAGEMENT, INC., | |
| Defendant. | |
| _____ / | |

On November 12, 2013, the parties appeared telephonically for an informal discovery conference. Dean Gordon, Esq., appeared on behalf of Plaintiffs; Michael Burns, Esq., and Matthew Mason, Esq., appeared on behalf of Defendant.

So long as a transcript of Kristine Livingston's deposition ("Livingston Deposition Transcript") is provided to Mr. Gordon by no later than November 29, 2013, Mr. Gordon shall notify Defendant's counsel no later than December 13, 2013, whether the documents purportedly drafted by Mark Livingston will be offered as evidence in support of Plaintiffs' claims. If the Livingston Deposition Transcript is unavailable on or before November 29, 2013, the parties may contact the Court to revisit the deadline of December 13, 2013.

Additionally, Plaintiffs shall provide to Defendant an updated privilege log by no later than Friday, November 15, 2013, setting forth more descriptive detail as to privileged items identified in the existing log at numbers 12, 27, 39, 43, 44, 49, 55, and 64-66.

A further telephonic discovery conference is set for **December 17, 2013, at 4:45 p.m.**[1]

IT IS SO ORDERED.

Dated:   **November 13, 2013**             /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] If Mr. Gordon's trial calendar clears, he shall promptly contact the Court to advance the November 17, 2013, telephonic discovery conference from 4:45 p.m. to 4:00 p.m.