| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| KRISTINE LIVINGSTON, Individually, and as Guardian ad Litem for IZAAK LIVINGSTON, a Minor, JASON ALAN LIVINGSTON, WESLEY ALEXANDER LIVINGSTON, as Survivors of Mark Livingston, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>KEMPERSPORTS MANAGEMENT, INC.,<br><br>Defendant. | Case No. 1:12-CV-01427-LJO-SKO<br><br>**STIPULATION AND ORDER REGARDING NON-EXPERT AND EXPERT DISCOVERY DEADLINES** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, by and through their respective counsel of record, as follows:

1. Pursuant to the Court's February 1, 2013 Scheduling Order (Dkt. No. 26), both the current Non-Expert Discovery Deadline and Expert Designation Deadline are March 4, 2014. Also pursuant to the Scheduling Order, the Expert Discovery Deadline is May 2, 2014. The current trial date for this case is scheduled for October 21, 2014.

1

2. Defendant Kemper Sports Management Inc. ("Defendant") has informed Plaintiffs that it intends to file its Motion for Summary Judgment immediately following the close of non-expert discovery. Although Defendant is unsure of the exact date on which it will file its Motion for Summary Judgment, it anticipates it will be filed on or before March 7, 2014. Therefore, Defendant's anticipated motion will likely be heard on or shortly after April 4, 2014.

3. The parties agree that they will have a better understanding of the issues remaining in this case, if any, after the hearing and resolution of Defendant's Motion for Summary Judgment.

4. The parties are further scheduled for a Mandatory Settlement Conference with the Court on May 6, 2014, during which the parties may resolve this matter through settlement and release, in which case expert discovery would be unnecessary and an additional, excessive cost of litigation.

5. The parties agree that given the timing of Defendant's impending Motion for Summary Judgment and the upcoming Mandatory Settlement Conference, the parties wish to minimize additional legal fees and costs of experts while they brief and await a ruling on the Motion for Summary Judgment and/or attend the Mandatory Settlement Conference. Consequently, the parties agree to delay commencing expert discovery in order to save costs during the pendency of the Motion.

6. The parties therefore agree that the Expert Disclosure and Expert Discovery Deadlines shall be continued until a reasonable time after the anticipated hearing on Defendant's Motion for Summary Judgment and/or the Mandatory Settlement Conference.

7. The parties further agree that Defendant shall be permitted to take the deposition of Dr. Grant Nakamura (the treating physician for decedent Mark Livingston), currently noticed for Tuesday March 4, 2014, after the hearing on Defendant's Motion for Summary Judgment and/or the Mandatory Settlement Conference in an additional effort to reduce costs and fees to the parties.

8. The parties agree that good cause exists to extend the discovery deadlines as stated in this joint stipulation. *See* Declaration of Dean B. Gordon in Support of Stipulation and [Proposed] Order Regarding Non-Expert and Expert Discovery Deadlines; Declaration of Matthew J. Mason in Support of Stipulation and [Proposed] Order Regarding Non-Expert and Expert Discovery Deadlines

IT IS HEREBY STIPULATED AND AGREED that the Expert Disclosure Deadline shall be continued to May 16, 2014, or such other date as determined appropriate by the Court.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Expert Discovery Deadline shall be continued to July 16, 2014, or such other date as determined appropriate by the Court.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Non-Expert Discovery Deadline shall be continued until May 30, 2014 for the limited purpose of permitting Defendant to take the non-expert deposition of Dr. Grant Nakamura.

IT IS SO STIPULATED

DATED: February 25, 2014          LAW OFFICE OF DEAN B. GORDON

                                  By:  _____*/s/ Dean B. Gordon*_____
                                       Dean B. Gordon

                                  Attorneys for Plaintiffs
                                  KRISTINE LIVINGSTON, IZAAK
                                  LIVINGSTON, JASON ALAN LIVINGSTON
                                  and WESLEY ALEXANDER LIVINGSTON

1  DATED: February 25, 2014                       SEYFARTH SHAW LLP

                                                  By:        */s/ Matthew J. Mason*
                                                         Michael J. Burns
                                                         Matthew J. Mason
                                                         Chantelle C. Egan

                                                  Attorneys for Defendant
                                                  KEMPER SPORTS MANAGEMENT, INC.
                                                  (erroneously sued as KEMPERSPORTS
                                                  MANAGEMENT, INC.)

## ORDER

The schedule shall be modified in accordance with the parties' stipulation. The Court notes the parties have agreed to extend expert discovery beyond the deadlines for filing dispositive and non-dispositive motions. The Court will not be inclined to modify deadlines at a later time to address discovery matters after non-dispositive and dispositive deadlines have passed; any ramifications from modification of the schedule in this manner shall be borne by the parties.

Accordingly, IT IS HEREBY ORDERED that:

1. The Expert Disclosure Deadline is hereby continued to May 16, 2014;

2. The Expert Discovery Deadline is hereby continued to July 16, 2014; and

3. The Non-Expert Discovery Deadline is hereby continued until May 30, 2014, for the limited purpose of permitting Defendant to take the non-expert deposition of Dr. Grant Nakamura.


IT IS SO ORDERED.

Dated:   **February 28, 2014**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER REGARDING NON-EXPERT AND EXPERT DISCOVERY DEADLINES /
CASE NO. 1:12-CV-01427-LJO-SKO