# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| KRISTINE LIVINGSTON, Individually, and as Guardian ad Litem for IZAAK MARK LIVINGSTON, a Minor, JASON ALAN LIVINGSTON, WESLEY ALEXANDER LIVINGSTON, AS SURVIVORS OF MARK LIVINGSTON, DECEASED <br><br> Plaintiffs, <br><br> vs. <br><br> KEMPERSPORTS MANAGEMENT INC., RIDGE CREEK DINUBA GOLF CLUB, and DOES 1-100, inclusive; <br><br> Defendants. | No. 1:12 –cv-01427-SKO <br><br> **STIPULATION AND ORDER DISMISSING CLAIMS OF PLAINTIFFS KRISTINE LIVINGSTON, JASON ALAN LIVINGSTON, AND WESLEY ALEXANDER LIVINGSTON WITH PREJUDICE** |

All Parties to this action stipulate through their respective counsel as follows:

1. Plaintiffs KRISTINE LIVINGSTON, JASON ALAN LIVINGSTON, and WESLEY ALEXANDER LIVINGSTON hereby dismiss with prejudice all of their claims in the within action.

2. Said Dismissal with Prejudice does not affect the settlement announced in open court between Plaintiff IZAAK MARK LIVINGSTON, a Minor, by and through his Guardian ad Litem,

KRISTINE LIVINGSTON, for which an Application for Approval of the Minor's Compromise shall be filed by his attorney, Dean B. Gordon within two weeks of the date of this Stipulation.

3. This Dismissal shall not affect any pending Worker's Compensation between any of the parties to this case.

4. All parties shall bear their own fees and costs in this case.

DATED: June 10, 2014   LAW OFFICE OF DEAN B. GORDON

By /s/ Dean B. Gordon
DEAN B. GORDON
Attorney for Plaintiffs KRISTINE LIVINGSTON, IZAAK MARK LIVINGSTON, a Minor, and JASON ALAN LIVINGSTON, and WESLEY ALEXANDER LIVINGSTON

DATED: June 10, 2014   SEYFARTH SHAW LLP

By */s/ Matthew J. Mason*
Michael J. Burns
Matthew J. Mason
Chantelle C. Egan
Attorneys for Defendant
KEMPER SPORTS MANAGEMENT, INC.
(erroneously sued as KEMPERSPORTS MANAGEMENT, INC.)

## ORDER

GOOD CAUSE APPEARING, based upon the foregoing stipulation of the Parties by and through their respective counsel, the Court makes the following orders.

1. All claims in the within action of Plaintiffs KRISTINE LIVINGSTON, JASON ALAN LIVINGSTON, and WESLEY ALEXANDER LIVINGSTON are hereby dismissed with prejudice.

2. Said Dismissal with Prejudice does not affect the settlement announced in open court between Plaintiff IZAAK MARK LIVINGSTON, a Minor, by and through his Guardian ad Litem, KRISTINE LIVINGSTON, for which an Application for Approval of the Minor's Compromise shall be filed by his attorney, Dean B. Gordon within two weeks of the date of this Stipulation.

3. This Dismissal shall not affect any pending Worker's Compensation between any of the parties to this case.

4. All parties shall bear their own fees and costs in this case.

IT IS SO ORDERED.

Dated:   **June 12, 2014**             **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE