# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE LIVINGSTON, et al. | Case No. 1:12-cv-01427-LJO-SKO |
| Plaintiffs, | |
| v. | **ORDER DISMISSING PLAINTIFF'S COMPLAINT** |
| KEMPERSPORTS MANAGEMENT, INC., | |
| Defendant. | |
| _____/ | |

On October 10, 2014, Plaintiffs' counsel filed a declaration indicating that all settlement proceeds had been paid, and requested that the complaint be dismissed in its entirety. The only claims that have not been dismissed are those of Minor Plaintiff Izaak Mark Livingston.

Accordingly, IT IS HEREBY ORDERED that:

1. The claims of Izaak Mark Livingston are dismissed with prejudice; and
2. The Clerk of Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

Dated: **October 23, 2014**      **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE